```
                                            FILED
                                        BILLINGS DIV.

                                       2009 OCT 14 PM 2 17
     IN THE UNITED STATES DISTRICT COURT
                                       PATRICK E. DUFFY, CLERK
        FOR THE DISTRICT OF MONTANA  BY
                                        DEPUTY CLERK
```

## BILLINGS DIVISION

| | |
|---|---|
| DUSTIN A. HAGBERG, | ) |
| | ) CV-09-01-BLG-RFC-CSO |
| Plaintiff, | ) |
| vs. | ) |
| | ) ORDER ADOPTING FINDINGS |
| MICHAEL J. ASTRUE, | ) AND RECOMMENDATIONS OF |
| Commissioner of Social Security, | ) U.S. MAGISTRATE JUDGE |
| | ) |
| Defendant. | ) |
| | ) |

On September 10, 2009, United States Magistrate Judge Carolyn Ostby entered Findings and Recommendation (*Doc. 24*) on the parties' cross motions for summary judgment. Magistrate Judge Ostby recommends the Commissioner's motion (*Doc. 20*) be granted and that Hagberg's motion (*Doc. 17*) be denied.

Upon service of a magistrate judge's findings and recommendation, a party has 10 days to file written objections. 28 U.S.C. § 636(b)(1). In this matter, Plaintiff filed objections on September 18, 2009 (*Doc. 25*), to which Defendant responded on September 28, 2009 (*Doc. 26*). Plaintiffs' objections require this Court to make a *de novo* determination of those portions of the Findings and

1

Recommendations to which objection is made. 28 U.S.C. § 636(b)(1).

Plaintiff's objections must be overruled because they merely repeat the arguments already rejected by Judge Ostby. Objections to a magistrate's Findings and Recommendations are not a vehicle for the losing party to relitigate its case. *Camardo v. General Motors Hourly-Rate Employees Pension Plan*, 806 F. Supp. 380, 382 (W.D.N.Y. 1992). Congress created magistrate judges to provide district judges "additional assistance in dealing with a caseload that was increasing far more rapidly than the number of judgeships." *Thomas v. Arn,* 474 U.S. 140, 153 (1985) (internal quotations omitted). There is no benefit if the district courts is required to review the entire matter *de novo* because the objecting party merely repeats the arguments rejected by the magistrate. In such situations, this Court follows other courts that have overruled the objections without analysis. *See Sullivan v. Schiro*, 2006 WL 1516005, *1 (D. Ariz. 2006)(collecting cases).

This conclusion, however, does not relieve the Court of its duty to review de novo Magistrate Judge Ostby's conclusions of law. *Barilla v. Ervin*, 886 F.2d 1514, 1518 (9th Cir. 1989) (the failure to file objections only relieves the trial court of its burden to give *de novo* review to factual findings; conclusions of law must still be reviewed *de novo*) overruled on other grounds by *Simpson v. Lear Astronics Corp.,* 77 F.3d 1170, 1174 (9th Cir. 1996). Here, Magistrate Judge

2

Ostby correctly concluded that the Administrative Law Judge's conclusions are supported by the record and are not based on legal error. *See Thomas v. Barnhart,* 278 F.3d 947, 954 (9th Cir. 2002).

After a de novo review, the Court concludes Magistrate Judge Ostby's Findings and Recommendations (*Doc. 24*) are well-grounded in law and fact and are adopted in their entirety. The Commissioner's motion for summary judgment (*Doc. 20*) is **GRANTED**, while Hagberg's motion (Doc. 17) is **DENIED**.

**IT IS SO ORDERED.**

DATED this ___ day of October 2009.

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE